IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAMELA WOLOSKY, | : | Civil Action No. 14-804 |
| | : | |
| Plaintiff, | : | |
| vs. | : | JURY TRIAL DEMANDED |
| | : | |
| TRINITY AREA SCHOOL DISTRICT, | : | |
| PAUL KASUNICH and AMY MCTIGHE, | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF ENTRY OF APPEARANCE

TO THE CLERK OF COURTS:

Please enter the appearance of the attorneys John W. Smart, Esquire and the law firm of Andrews & Price LLC as counsel on behalf of TRINITY AREA SCHOOL DISTRICT, PAUL KASUNICH and AMY MCTIGHE, Defendants, in the above-captioned matter.

Respectfully submitted,

ANDREWS & PRICE LLC

By:   /s/ John W. Smart, Esq.
       John W. Smart, Esq.
       PA I.D.#43592
       Firm #549
       1500 Ardmore Boulevard, Ste. 506
       Pittsburgh, PA  15221
       (412) 243-9700

Attorneys for Defendants

1