### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAMELA WOLOSKY, | : | Civil Action No. 2:14-cv-00804-NBF |
| Plaintiff, | : | |
| vs. | : | JURY TRIAL DEMANDED |
| TRINITY AREA SCHOOL DISTRICT, PAUL KASUNICH, AMY MCTIGHE, | : | |
| Defendants. | : | |

## **ORDER**

AND NOW, this _____ day of _____, 20____, upon consideration of the foregoing Motion for Enlargement of Time to File an Answer on behalf of Defendants, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is GRANTED and their deadline to file an is Answer is now the tenth (10th) day following this Court's Order on Defendants' Motion to Dismiss, or as otherwise prescribed by this Court.

BY THE COURT:

_____J.

1