IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAMELA WOLOSKY,<br><br>Plaintiff,<br><br>v.<br><br>TRINITY AREA SCHOOL DISTRICT, PAUL KASUNICH and AMY MCTIGHE,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 14-804 |

MEMORANDUM ORDER SETTING

PRELIMINARY CONFERENCE OF COUNSEL

The above case has been assigned to me for all further proceedings.  Pursuant to Local

Rules 16.1 and 16.2, an initial case management conference will be conducted to discuss

narrowing of the issues, the extent of pretrial preparation, discovery procedures, the early

disposition of controlling questions of law, the probable extent of provable damages, the

possibility of settlement, and the designation of an Alternative Dispute Resolution process pursuant to the form attached hereto as Exhibit A.  **Chief trial counsel shall attend.**

The Conference in this case will be held, in conjunction with the Motion Hearing previously scheduled, on <u>**Monday, November 24, 2014 at 2:30 p.m.**</u>, in Courtroom 5B, Fifth Floor of the U.S. Post Office and Courthouse, 7th Avenue and Grant Street, Pittsburgh, PA 15219.

As required by Rule 26(f) of the Federal Rules of Civil Procedure, the parties must, as soon as practicable and in any event at least 21 days before <u>November 24, 2014</u>, the date set forth above for the initial case management conference, "confer to consider the nature and basis of their claims and defenses and the possibilities for a prompt settlement or resolution of the case, to make or arrange for the disclosures required by Rule 26(a)(1), and to develop a proposed discovery plan[]"  <u>See</u> Fed.R.Civ.P. 26(f).  Pursuant to Rule 26(f), the attorneys of record and all unrepresented parties that have appeared in the case are jointly responsible for filing with the Court a written report outlining their discovery plan. (A Rule 26(f) Report Form is attached hereto as Exhibit B).  *This court requires strict compliance with Rule 26.*

The Stipulation Selecting ADR Process, attached at Exhibit A, and the Rule 26(f) Report Form, attached as Exhibit B, as well as, if appropriate, any Expedited Docket Stipulation (see copy of form at link referenced below), shall be filed on or before **November 17, 2014.**

Counsel should be familiar with this Court's Practices and Procedures (see Court Practices and Procedures at www.pawd.uscourts.gov, link "court practice".).  If the parties stipulate to participate in the Court's Expedited Civil Litigation Program, counsel shall comply with the provisions of said program (http://www.pawd.uscourts.gov/Pages/expedite.htm).

SO ORDERED this 15th day of October, 2014.

    s/Nora Barry Fischer
    Nora Barry Fischer
    United States District Judge