AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | |
|---|---|
| PAMELA WOLOSKY <br> *Plaintiff* <br> v. <br> TRINITY AREA SCHOOL DISTRICT, et al. <br> *Defendant* | ) <br> ) <br> ) Case No. 2:14-CV-00804 <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

TRINITY AREA SCHOOL DISTRICT, PAUL KASUNICH AND AMY MCTIGHE, DEFENDANTS.

Date:   10/14/2014

*Attorney's signature*

AMIE THOMPSON PA I.D. #3009345
*Printed name and bar number*
1500 ARDMORE BOULEVARD
SUITE 506
PITTSURGH PA  15221

*Address*

ATHOMPSON@ANDREWSANDPRICE.COM
*E-mail address*

(412) 243-9700
*Telephone number*

(412) 243-9660
*FAX number*