## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PAMELA WOLOSKY,                          :          Civil Action No.  2:14-cv-00804-NBF
                                         :
              Plaintiff,                 :
vs.                                      :          JURY TRIAL DEMANDED
                                         :
TRINITY AREA SCHOOL DISTRICT,            :
PAUL KASUNICH, AMY MCTIGHE,              :
                                         :
              Defendants.                :

### ORDER

   AND  NOW,  this  _____  day  of  _____,  2014,  upon
consideration  of  the  foregoing  Motion  for  Leave  to  File  a  Reply  to  Plaintiffs'  Notice  of
Supplemental Authority in Support of Plaintiff's Response in Opposition to Defendants' Motion
to Dismiss filed on behalf of Defendants Trinity Area School District, Dr. Paul Kasunich, and
Amy McTighe, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is hereby
GRANTED.


                              BY THE COURT:


                              _____J.