IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAMELA WOLOSKY, | Civil Action No. 14-CV-00804 |
| Plaintiff, | *Judge Nora Barry Fischer* |
| vs. | |
| TRINITY AREA SCHOOL DISTRICT, AMY MCTIGHE, AND, PAUL KASUNICH | **Electronic Filing**<br><br>**Jury Trial Demanded** |
| Defendant. | |

## STIPULATION SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding Alternative Dispute Resolution (ADR) and have reached the following stipulation pursuant to L.R. 16.2 and the Court's ADR Policies and Procedures.

The parties engaged in private mediation in September 2010 and negotiations are ongoing. In addition, Defendant McTighe's Motion to Dismiss remains pending. Therefore, at the Rule 16 conference, the parties wish to discuss with the Court's assistance, the prospects for timing and scheduling another ADR process, as well as the possibility of the parties' joint motion to be excused from additional ADR at this time.

We, the undersigned parties to this action, declare that this stipulation is both consensual and mutual.

Dated:__11/17/2014_____        __s/Christian Bagin_____
                                Attorney for Plaintiff(s)

Dated:___11/17/2014_____        __s/John W. Smart_____
                                Attorney for Defendant(s)

Rev. 2/2014