IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAMELA WOLOSKY | CIVIL ACTION |
| Plaintiff, | No. 2:14-CV-00804-NBF |
| vs. | |
| TRINITY AREA SCHOOL DISTRICT, PAUL KASUNICH and AMY MCTIGHE, | |
| Defendant. | |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P 41 (a)(1)(P)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that the above-captioned action is voluntarily dismissed pursuant to Federal Rule of Civil Procedure 41 (a)(1)(P)(ii) and that the Court may enter an order accordingly.

WIENAND & BAGIN

BY: /s/ *Christian Bagin*
Christian Bagin, Esquire
Attorney for Plaintiff,
Pamela Wolosky

ANDREWS & PRICE

BY: /s/ *John W. Smart*
John W. Smart, Esquire
Attorney for Defendants,
Trinity Area School District, Paul Kasunich
and Amy McTighe