IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

PAMELA WOLOSKY                          CIVIL ACTION

    Plaintiff,                          No. 2:14-CV-00804-NBF

vs.

TRINITY AREA SCHOOL DISTRICT,
PAUL KASUNICH and AMY MCTIGHE,

    Defendant.

### STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P 41 (a)(1)(P)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that the above-captioned action is voluntarily dismissed pursuant to Federal Rule of Civil Procedure 41 (a)(1)(P)(ii) and that the Court may enter an order accordingly.

WIENAND & BAGIN

BY: /s/ *Christian Bagin*
    Christian Bagin, Esquire
    Attorney for Plaintiff,
    Pamela Wolosky

ANDREWS & PRICE

BY: /s/ *John W. Smart*
    John W. Smart, Esquire
    Attorney for Defendants,
    Trinity Area School District, Paul Kasunich
    and Amy McTighe

AND NOW, this 3rd day of March, 2015
IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE